| ADVERSARY PROCEEDING COVER SHEET | Adversary Proceeding Number (Court Use Only) |
|---|---|
| PLAINTIFFS **BREAKAWAY SOLUTIONS, INC.** | DEFENDANTS: **INTERACTIVE FUTURES, INC.** |

| ATTORNEYS (Firm, Address and Telephone No.) | ATTORNEYS (If Known) |
|---|---|
| Steven M. Yoder, Esq.<br>Christopher A. Ward, Esq.<br>THE BAYARD FIRM<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE 19801<br>(302) 655-5000 | Raymond H. Lemisch, Esquire<br>ADELMAN LAVINE GOLD<br>AND LEVIN<br>Mellon Bank Center<br>919 N. Market Street, Ste. 710<br>Wilmington, DE 19801<br>(302) 654-8200 | |

PARTY (Check one box only)   [ ] 1. U.S. PLAINTIFF   [ ] 2 U.S. DEFENDANT   [X] 3 U.S. NOT A PARTY

CAUSE OF ACTION (Write A Brief Statement Of Cause Of Action, Including All U.S. Statutes Involved)
**Complaint to Avoid Preferential Transfers Pursuant to 11 U.S.C. §§ 547**

NATURE OF SUIT
(Check the one most appropriate box only.)

| | | |
|---|---|---|
| [X] 454   To Recover Money or Property<br>[ ] 435   To Determine Validity, Priority, or Extent of a Lien or Other Interest in Property<br>[ ] 458   To obtain approval for the sale of both the interest of the estate and of a co-owner in property<br>[ ] 424   To object or to revoke a discharge 11 U.S.C. § 727 | [ ] 455   To revoke an order of confirmation of a Chap. 11 or Chap. 13 Plan<br>[ ] 426   To determine the dischargeability of a debt 11 U.S.C. § 523<br>[ ] 434   To obtain an injunction or other equitable relief<br>[ ] 457   To subordinate any allowed claim or interest except where such subordination is provided in a plan | [ ] 456   To obtain a declaratory judgment relating to any of foregoing causes of action<br>[ ] 459   To determine a claim or cause of action removed to a bankruptcy court<br>[ ] 498   Other (specify) |

| ORIGIN OF PROCEEDINGS (Check one box only.) | [X] 1 Original Proceeding | [ ] 2 Removed Proceeding | [ ] 4 Reinstated Transferred or Reopened | [ ] 5 Transferred from Another Bankruptcy Court | [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 |
|---|---|---|---|---|---|

| DEMAND | NEAREST THOUSAND<br>See Attached to Complaint | OTHER RELIEF SOUGHT | [ ] JURY DEMAND |
|---|---|---|---|

**BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES**

| NAME OF DEBTOR<br>**BREAKAWAY SOLUTIONS, INC.** | BANKRUPTCY CASE NO.<br>**01-10323 (JWV)** | |
|---|---|---|
| DISTRICT IN WHICH CASE IS PENDING<br>**DELAWARE** | DIVISIONAL OFFICE | NAME OF JUDGE<br>**The Honorable Jerry W. Venters** |

**RELATED ADVERSARY PROCEEDING (IF ANY)**

| PLAINTIFF: | DEFENDANT: | ADVERSARY PROCEEDING NO. |
|---|---|---|
| DISTRICT | DIVISIONAL OFFICE | NAME OF JUDGE |

**FILING FEE**
(Check One Box Only)   [X] Fee Attached   [ ] Fee Not Required   [ ] Fee Is Deferred

| DATE<br>January 30, 2003 | PRINT NAME<br>**Steven M. Yoder<br>Christopher A. Ward** | SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>*/s/* |
|---|---|---|

B-104
(Rev 8/87)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re: )
)
BREAKAWAY SOLUTIONS, INC. )
) Case No. 01-10323 (JWV)
Debtor. )
)
_____ )

**NOTICE OF DISPUTE RESOLUTION ALTERNATIVES**

As party to litigation you have a right to adjudication of your matter by a judge of this Court. Settlement of your case, however, can often produce a resolution more quickly than appearing before a judge. Additionally, settlement can also reduce the expense, inconvenience, and uncertainty of litigation.

There are dispute resolution structures, other than litigation, that can lead to resolving your case. Alternative Dispute Resolution (ADR) is offered through a program established by this Court. The use of these services are often productive and effective in settling disputes. **The purpose of this Notice is to furnish general information about ADR.**

The ADR structures used most often are mediation, early-neutral evaluation, mediation/arbitration and arbitration. In each, the process is presided over by an impartial third party, called the "neutral".

In mediation and early neutral mediation, an experienced neutral has no power to impose a settlement on you. It fosters an environment where offers can be discussed and exchanged. In the process, together, you and your attorney will be involved in weighing settlement proposals and crafting a settlement. The Court in its Local Rules requires all ADR processes, except threat of a potential criminal action, to be confidential. You will not be prejudiced in the event a settlement is not achieved because the presiding judge will not be advised of the content of any of your settlement discussions.

Mediation/arbitration is a process where you submit to mediation and, if it is successful, agree that the mediator will act as an arbitrator. At that point, the process is the same as arbitration. You, through your counsel, will present evidence to a neutral, who issues a decision. If the matter in controversy arises in the main bankruptcy case or arises from a subsidiary issue in an adversary proceeding, the arbitration, though voluntary, may be binding. If a party requests de novo review of an arbitration award, the judge will rehear the case.

**Your attorney can provide you with additional information about ADR and advise you as to whether and when ADR might be helpful in your case.**

Dated 1/30/03

/s/ David D. Bird
*Clerk of Court*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| BREAKAWAY SOLUTIONS, INC. | : | |
| | : | Case No. 01-10323 (JWV) |
| Debtor. | : | |

---

| | | |
|---|---|---|
| BREAKAWAY SOLUTIONS, INC. | : | |
| Plaintiff, | : | |
| v. | : | Adv. No. 03-_____ |
| INTERACTIVE FUTURES, INC. | : | |
| Defendant. | : | |

## COMPLAINT TO AVOID PREFERENTIAL TRANSFER

Breakaway Solutions, Inc., the Debtor in the above-captioned Chapter 11 proceeding (the "Debtor"), by and through its undersigned attorneys, hereby brings this Complaint against Interactive Futures pursuant to 11 U.S.C. § 547 and Fed. R. Bankr. P. 7003, and files this Complaint to Avoid Preferential Transfer, and in support thereof states as follows:

1. On September 5, 2001, Breakaway Solutions, Inc. (the "Plaintiff") filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

2. The Plaintiff is in possession of its assets and is operating its business as debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

3.  Defendant, Interactive Futures Inc. (the "Defendant"), is a creditor of Plaintiff, and maintains a business or residence and may be served at 114 E. 32nd Street, New York, New York 10016.

4.  This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2)(F).

5.  Within ninety (90) days prior to the Filing Date, Plaintiff transferred to Defendant, an unsecured creditor, the sum of $225,000.00 (the "Payment"), as more particularly set forth in the attached Exhibit "A", which is made a part hereof by reference.

6.  The Payment was made to or for the benefit of Defendant, a creditor of Plaintiff.

7.  The Payment was made for or on account of an antecedent debt owed by Plaintiff before the Payment was made.

8.  Plaintiff was insolvent at the time of the Payment.

9.  The Payment enables Defendant to receive more than it would have received: (a) had Debtor filed under Chapter 7 of the Bankruptcy Code; (b) had the transfer not been made; and (c) had Defendant received payment of such debt to the extent provided by the provisions of the Bankruptcy Code.

10. By reason of the foregoing, the Payment is a preferential transfer avoidable under Section 547 of the Bankruptcy Code, and Defendant is liable to Plaintiff in the sum of $225,000.00.

WHEREFORE, Plaintiff prays that this Honorable Court enter judgment in favor of Plaintiff and against Defendant in the amount of $255,000.00, and for such other and further relief as is just and equitable.

Dated: January 30, 2003
      Wilmington, Delaware

THE BAYARD FIRM

By: _____
Steven M. Yoder (No. 3885)
Christopher A. Ward (No. 3877)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000

-and-

ADELMAN LAVINE GOLD AND LEVIN,
A Professional Corporation
Raymond H. Lemisch, Esquire
The Mellon Bank Center
919 N. Market Street, Suite 710
Wilmington, DE 19801
(302) 654-8200

Counsel for the Debtor

ADELMAN LAVINE GOLD AND LEVIN,
a Professional Corporation
D. Andrew Bertorelli, Jr., Esquire
1900 Two Penn Center Plaza
Philadelphia, PA 19102-1799
(215) 568-7515

# BREAKAWAY SOLUTIONS, INC. v. INTERACTIVE FUTURES

## EXHIBIT A

| **Reference No.** | **Date** | **Amount** |
|---|---|---|
| 99070600 | July 6, 2001 | $200,000.00 |
| 81600 | August 17, 2001 | $25,000.00 |
| | **TOTAL** | $225,000.00 |